No. 159. UNITED STATES *v.* BRAMBLETT.  Appeal from the United States District Court for the District of Columbia.  Probable jurisdiction noted.  THE CHIEF JUSTICE took no part in the consideration or decision of this

question. *Solicitor General Sobeloff* for the United States ~~Edward Bennett Williams~~ and ~~Murdaugh S.~~